MARCH 4, 1845.

*Abram Sprague et al* v. *William J. Duel, survivor, &c.—*
T. T. SHERWOOD, for appellants; M. FILLMORE, for respondent. Decree appealed from affirmed with costs.

*George H. Kelsey and wife* v. *Henry M. Western.* J. RHOADES, for appellant; G. C. GODDARD, for respondents.—Decree of the vice chancellor affirmed with costs.

*John Jacob Astor* v. *Daniel H. Turner et al. The same* v. *The same.* J. RHOADES, for appellant; H. P. HASTINGS, for respondent. Order appealed from affirmed, upon each appeal, with costs.

*John A. Ellis and wife* v. *Ann Messervie et al.* H. F. CLARK and E. SANDFORD, for appellants; W. C. NOYES, for respondent. Decretal order of the vice chancellor overruling the appellants' exception to master's report reversed, with costs to the appellants upon the appeal.

*John Van Schaack* v. *Jacob L. Winne et al.* W. W. FROTHINGHAM, for complainant; B. R. WOOD, for Winne. Application to set aside order taking bill as confessed as against defendant Winne, granted; on payment of the costs of entering the default and of the subsequent proceedings previous to service of notice of this motion, including costs of opposing this motion. Defendant Winne to have thirty days to put in his answer.